UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAWAID M. AL HASAN,

        Plaintiff,

  v.

ALBERTO R. GONZALES, et al.,

        Defendants.

CASE NO. C06-1293JLR

SHOW CAUSE ORDER

The court has reviewed the petition for naturalization filed by Plaintiff (Dkt. # 1). The court orders Defendants to show cause within 60 days why the court should not grant Mawaid M. Al Hasan's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the court should not approve the application

SHOW CAUSE ORDER – 1

1  immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's
2  naturalization application.
3       Dated this 25th day of September, 2006.

                                                                             _____
                                                                             JAMES L. ROBART
                                                                             United States District Judge

26  SHOW CAUSE ORDER – 2